BRIAN D. BERTOSSA, ESQ. (SBN. 138388)
KELLEY S. KERN, ESQ. (SBN. 221265)
COOK BROWN, LLP
555 CAPITOL MALL, SUITE 425
SACRAMENTO, CALIFORNIA 95814
TELEPHONE NO.: 916-442-3100
FACSIMILE NO.: 916-442-4227

Attorneys for Plaintiff
RUSSELL MECHANICAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL MECHANICAL, INC.<br><br>             Plaintiffs,<br><br>     v.<br><br>KENNETH RICHARD PRUETT and SUSAN MICHELLE PRUETT,<br><br>             Defendants. | Case No. MISC. S-01 219 DFL-DAD<br><br>**APPLICATION AND ORDER TO APPEAR FOR EXAMINATION; ENFORCEMENT OF JUDGMENT OF JUDGMENT DEBTOR; ORDER TO PRODUCE DOCUMENTS AT EXAMINATION**<br><br>Date:   September 30, 2005<br>Time:   10:00 a.m.<br>Room:  27<br>Judge:  Magistrate Drozd |

TO KENNETH RICHARD PRUETT:

YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to furnish information to aid in enforcement of a money judgment against you. Your appearance is ordered at the date and time in the above department of this court, located at 501 I Street, Sacramento, California 95814-1398.

If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

NOTICE IS FURTHER GIVEN that, under Federal Rules of Civil Procedure 34, the judgment creditor requires that the judgment debtor, KENNETH RICHARD PRUETT, bring with him the following books, documents, and things that are in his possession or under his control:

1. All books of account, including general ledger, cash journals, payroll, and accounts receivable and accounts payable ledgers.

2. All current financial statements.

3. All bank records for the past six months to include all bank statements and canceled checks.

4. Depreciation schedules for all assets.

5. All records reflecting or referring to loans made to or by the judgment debtor, individuals, jointly, and/or severally.

6. The legal description and street address of all real property in which the judgment debtor has or claims a current interest, or has had or claimed an interest in, regardless of the names in which the record title appears.

7. Copies of all deeds, notes, land sale contracts, mortgages and deeds of trust on property in which the judgment debtor has or claims a current interest or has had or claimed an interest, regardless of the names in which the record title appears.

8. All bank, savings and loan, credit union, or other financial institution or money market fund records for the last six months for all deposit or checking accounts in which judgment debtor or spouse have an interest, whether or not in the name of the judgment debtor or spouse, including all statement and canceled checks.

9. All receipts for cash purchases or payments for the last twelve months.

10. Monthly statements from all lenders, including banks, savings and loans, credit unions, finance companies, and mortgage companies for the last twelve months, showing loan balances.

11. All Monthly statements for the last twelve months, showing balances for goods or services purchased on credit.

12. Copies of any summons and complaint in every action in which judgment debtor is named as a party, whether as plaintiff, defendant, cross-complainant, cross-defendant, petitioner, respondent, or any other designation.

13. Ledgers of rental receipts from all income property.

14. Copies of registration certificates for all vehicles owned by or regularly driven by judgment debtor or spouse.

15. Copies of any other registration certificated filed with the Department of Motor Vehicles.

16. Copies of all state and federal tax returns filed since 2000.

17. Original share certificates in any and all corporations evidencing judgment debtor's interest.

18. Copies of the organizing documents for all partnerships, limited partnerships, limited liability partnerships, limited liability companies, joint ventures, or tenancies in common in which the judgment debtor or spouse has or claims a current interest, or has had or claimed an interest.

19. Copies of all contracts, contingency fee agreements, or other commission agreements with any person or entity from whom judgment debtor or spouse received, or is entitled to receive, commissions, contingency fees, or money.

Judgment creditor applies for an Order requiring Kenneth Richard Pruett to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.

IT IS SO ORDERED.
Dated: August 22, 2005

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1  Ddad1/orders.civil/russellmechanical0219.ord

**PROOF OF SERVICE**

I, Kristin Bowling, declare:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Cook Brown, LLP, 555 Capitol Mall, Suite 425, Sacramento, California 95814. On August 22, 2005, I served the within documents described as:

**APPLICATION AND ORDER TO APPEAR FOR EXAMINATION; ENFORCEMENT OF JUDGMENT OF JUDGMENT DEBTOR; ORDER TO PRODUCE DOCUMENTS AT EXAMINATION**

____ (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

____ (BY U.S. MAIL) by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

____ (BY PERSONAL SERVICE) by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

____ (BY PERSONAL SERVICE) by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Kenneth Richard Pruett
Susan Michelle Pruett
122 Garrett Drive
Folsom, California 95630
916-983-6153

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid.

__X__ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 22, 2005, at Sacramento, California.

_____
KRISTIN BOWLING